Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ZIYAD ALFADHEL,<br><br>              Defendant. | No.  6:14-mj-138-MJS<br><br>**MOTION TO DISMISS CITATION 4706927 AND CONVERT CITATION 4707301 TO BAILABLE AND VACATE STATUS CONFERENCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal as to Citation 4706927 without prejudice, to convert Citation 4707301 to a $500 bailable citation including fees, and an order to vacate the currently scheduled Status Conference on June 23, 2015, at 10:00 a.m.

Dated:  May 28, 2015                               NATIONAL PARK SERVICE

 /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that in the above referenced matter, *United States v. Ziyad Alfadhel;* 6:14-mj-138-MJS, Citation 4706927 be dismissed, without prejudice, that Citation 4707301 be converted to a $500 bailable citation including fees, and the currently scheduled Status Conference on June 23, 2015, be vacated.

IT IS SO ORDERED.

Dated:   May 28, 2015                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE